NO.
07-09-0244-CV

                                                                              

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                     PANEL
C

 

                                                                MARCH
5, 2010

                                            ______________________________

 

                                                            JAMES
L. OTWELL,

 

Appellant

 

                                                                            V.

 

                            VESTIN
MORTGAGE, INC. and VESTIN FUND II, L.L.C.,

 

Appellee

 

_________________________________

 

                        FROM
THE 419th DISTRICT COURT OF TRAVIS COUNTY;

 

        NO.
D-1-GN-08-000170; HONORABLE STEPHEN YELENOSKY, PRESIDING

                                           _______________________________

 

                                                  ORDER
DISMISSING APPEAL

    _______________________________

 

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we
grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. 
Having dismissed the appeal at appellant=s
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 

 

Brian
Quinn

       Chief Justice